UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALEK JAAFER SALEH HENDI, <br><br> Petitioner, <br><br> v. <br><br> CHRISTOPHER CHESTNUT, et al., <br><br> Respondents. | No. 1:26-cv-01102-DAD-CSK <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS <br><br> (Doc. No. 11) |

Petitioner Malek Jaafer Saleh Hendi is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 4, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 11.) Specifically, the assigned magistrate judge found that petitioner was entitled to a bond hearing pursuant to 8 U.S.C. § 1226 and that petitioner's re-detention was in violation of petitioner's due process rights thereby entitling petitioner immediate release. (*Id.* at 3–11.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 12.) On March 11,
/////

1

1  2026, respondents filed their objections to the pending findings and recommendations. (Doc. No.
2  12.)
3        Respondents' objections comprise a single sentence stating that they object on the same
4  basis as their initial response to the motion for temporary restraining order, as well as a broad
5  request to stay proceedings until the Ninth Circuit has issued an opinion addressing some of the
6  issues presented in this case. (Doc. Nos. 6, 13.) These objections do not provide a basis upon
7  which to reject the pending findings and recommendations.
8        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
9  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
10 findings and recommendations are supported by the record and by proper analysis.
11       For the reasons above.
12     1.    The findings and recommendations filed on March 4, 2026 (Doc. No. 11) are
13         ADOPTED IN FULL;
14     2.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as
15         follows:
16         a.    Respondents are ORDERED to immediately release petitioner from their
17             custody on the same conditions he was subject to prior to his October 17,
18             2025 re-detention;
19         b.    Respondents are ENJOINED AND RESTRAINED from re-detaining
20             petitioner absent exigent circumstances without providing petitioner notice
21             and a pre-detention hearing before an immigration judge, wherein
22             respondents will bear the burden of demonstrating by clear and convincing
23             evidence that petitioner poses a flight risk or a danger to the community;
24             and,
25 /////
26 /////
27 /////
28 /////

3. The Clerk of the Court is directed to ENTER judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated: __**March 13, 2026**__

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE